**SO ORDERED**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| SASAN ABEDI | * | Case No. | 13-27073PM |
| LEILA ABEDI | * | Chapter | 13 |
| | * | | |
| Debtor(s) | * | | |

**MEMORANDUM TO DEBTORS**

The Debtors commenced this case by the filing of a voluntary petition on October 8, 2013. A Deficiency Notice was issued by the court on October 9, 2013, advising that the voluntary petition was incomplete. Specifically, the voluntary petition was missing the Debtors' county of residence and their street address and the check boxes for "Nature of Debts" and "Statistical/Administrative Information" were blank. The Debtors were given until October 23, 2013 to cure the defects. The defects were not cured. Further, upon review of the record in this case, the Debtors failed to file numerous documents by the October 22, 2013 deadline. Accordingly, by within **14 days** of the entry of this Memorandum, the Debtors shall cure all defects by filing the following:

☐ Complete amended voluntary petition (as detailed above)
☐ Certificate of mailing of amended voluntary petition
☐ Chapter 13 Plan
☐ Certificate of mailing Chapter 13 Plan to all creditors
☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form 22C)
☐ Schedules A - J
☐ Statement of Financial Affairs
☐ Summary of Schedules
☐ Credit Counseling Certificate

**Failure by the Debtors to comply with this Memorandum and to respond to the Order to Show Cause being entered simultaneously herewith will result in the dismissal of this case.**

cc:   Sasan Abedi and Leila Abedi
      7502 Elioak Terr.
      Gaithersburg, MD 20879

      Trustee
      Timothy P. Branigan
      P.O. Box 1902
      Laurel, MD 20725-1902

**End of Memorandum**